UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBBY GENTHNER,**<br><br>Plaintiff<br><br>v.<br><br>**DR. BRIEN W. TONKINSON, et al.,**<br><br>Defendants | CASE NO. 1:16-CV-1348 AWI SKO<br><br>ORDER DENYING MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(Doc. Nos. 8) |

On September 12, 2016, Plaintiff Debby Genthner ("Genthner") filed this civil rights lawsuit.  See Doc. No. 1.  On February 9, 2017, the Court denied Genthner in forma pauperis status through 28 U.S.C. § 1915(e)(2)(B).  See Doc. No. 3.  The Court found that Plaintiff's federal law claims were without merit and that amendment would be futile.  See id.  With respect to Plaintiff's state law claims, the Court declined to exercise supplemental jurisdiction.  See id.

On March 9, 2017, Genthner appealed.  On March 23, 2017, Genthner filed a motion in this Court to proceed with her appeal without prepayment of fees.  See Doc. No. 8.

For the same reasons discussed in the Court's February 9, 2017 order, permitting Plaintiff to proceed in forma pauperis is inappropriate.  See 28 U.S.C. § 1915; Doc. No. 3; see also Minetti v. Port of Seattle, 152 F.3d 1113, 1115 (9th Cir. 1998) ("A district court may deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit.").

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to proceed without prepayment of fees on appeal is DENIED.

IT IS SO ORDERED.

Dated:   March 27, 2017                            _____
                                                                        SENIOR  DISTRICT  JUDGE